UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZEBONE BROWN,

                              Plaintiff,

                -v.-

SHINOLA/DETROIT, LLC,

                              Defendant.

24 Civ. 04891 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

On July 29, 2024, the Court ordered the parties to confer as to whether they consent to proceeding before the designated Magistrate Judge.  *See* ECF No. 7.  The Court instructed the parties to submit, "**within two weeks of the date on which Defendant enter[ed] an appearance**," either an executed consent form or a joint letter.  *See id.* at 1-2 (emphasis in original).

Neither document has been submitted.  Accordingly, the parties are directed to comply with the Court's July 29 Order forthwith, and in no event later than **September 13, 2024**.

SO ORDERED.

Dated: September 10, 2024
       New York, New York

JENNIFER H. REARDEN
United States District Judge